# United States Bankruptcy Court
SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
)
Anthony Mathis and )
Patricia A. Mathis )
) Chapter <u>13</u>  Case No. <u>14-60577-EJC</u>
Debtor(s) )
)
)

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Pursuant to 11 U.S.C. § 1329, a proposed modification to the plan has been filed in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

You must also send a copy of your objection to the Proponent(s) of the modification.

If a timely objection is filed, you will receive notice of the date, time and place of a hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: <u>12/20/2017</u>              /s/ Kimberly S. Ward
                                     Attorney for Proponent(s) of Modification

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

Revised 12/1/2017

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  **Anthony Mathis and**  
       **Patricia A. Mathis**  
       Debtor(s).

Chapter **13**  
Case No. **14-60577-EJC**

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. **Anthony and Patricia Mathis**, the Proponent(s) of the modification, file(s) this motion to modify the plan confirmed previously in this case as follows:

   a. Increase payments as follows:

   b. Decrease payments as follows:     **$185.00/mo for remainder of Plan**

   c. Surrender of Collateral. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of this proposed modification. The Proponent(s) request(s) that upon confirmation of the plan, as modified, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of the plan if the creditor amends its previously-filed, timely claim within 180 days from the entry of the order confirming this proposed modification or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

   | CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
   |---|---|---|
   | Santander Consumer USA | 2008 Nissan Rogue | In full satisfaction of debt (Claim #7) |
   | Calvary SPV I, LLC | 2002 Chevrolet Malibu | In full satisfaction of debt (Claim #16) |

   d. Other Provisions: **Reduce term of plan to 40 months.**

2. Proponent(s) assert(s) as the basis for the modification the following facts: **Surrender of vehicles, insurance proceeds paid to Santander Consumer USA, and changes in income and expenses.**

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

12/19/2017  
Date

*/s/ Anthony Mathis*  
Proponent 1

*/s/ Patricia A. Mathis*  
Proponent 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ANTHONY MATHIS<br>PATRICIA A MATHIS | CASE NO: 14-60577<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge: Coleman<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 12/20/2017, I did cause a copy of the following documents, described below,

Notice of Modification and Modification to Chapter 13 Plan After Confirmation,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 12/20/2017

/s/ Kimberly S. Ward
Kimberly S. Ward  682042
H. Lehman Franklin, P.C.
P.O. Box 1064
Statesboro, GA  30459
912 764 9616
hlfpcbankruptcy@hotmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE: ANTHONY MATHIS
PATRICIA A MATHIS

CASE NO: 14-60577

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge: Coleman
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 12/20/2017, a copy of the following documents, described below,

Notice of Modification and Modification to Chapter 13 Plan After Confirmation,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/20/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. Lehman Franklin, P.C.
Kimberly S. Ward
P.O. Box 1064
Statesboro, GA  30459

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
113J6
CASE 14-60577-EJC
SOUTHERN DISTRICT OF GEORGIA
STATESBORO
WED DEC 20 10-56-57 EST 2017

2 BELLSOUTH TELECOMMUNICATIONS INC
ATT SERVICES INC
KAREN CAVAGNARO PARALEGAL
ONE ATT WAY ROOM 3A104
BEDMINSTER NJ 07921-2693

3 CARDIOVASCULAR ASSOCIATES OF EASTERN GA
1497 FAIR ROAD SUITE 305
STATESBORO GA 30458-0828

4 CAVALRY SPV I LLC
BASS  ASSOCIATES PC
3936 E FT LOWELL RD SUITE 200
TUCSON AZ 85712-1083

5 CAVALRY SPV I LLC
BASS  ASSOCIATES PC
3936 E FT LOWELL RD SUITE 200
TUCSON AZ 85712-1083

6 COMCAST
CREDIT AND COLLECTION DEPARTMNET
145 PARK OF COMMERCE DRIVE
SAVANNAH GA 31405-1356

7 CREDIT CENTRAL
700 E NORTH STREET
SUITE 15
GREENVILLE SC 29601-3013

8 CREDIT CENTRAL SOUTH INC
1860 NORTHSIDE DRIVE EAST
STATESBORO GA 30458-2138

9 CRESCENT BANK  TRUST
PO BOX 1407
CHESAPEAKE VA 23327-1407

10 ECONOMY FINANCE
34 S E BROAD STREET
METTER GA 30439-4428

11 FARMERS FURNITURE
ATTN CORPORATE CREDIT DEPT
PO BOX 1140
DUBLIN GA 31040-1140

12 GEO VISTA CREDIT UNION
PO BOX 132
HINESVILLE GA 31310-0132

13 GEOVISTA CREDIT UNION
PO BOX 132
HINESVILLE GA 31310-0132

14 INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

*EXCLUDE*
~~15 ANTHONY MATHIS~~
~~303 BOSS STREET~~
~~CLAXTON GA 30417-1502~~

*EXCLUDE*
~~16 PATRICIA A MATHIS~~
~~303 BOSS STREET~~
~~CLAXTON GA 30417-1502~~

17 O BYRON MEREDITH III
P O BOX 10556
SAVANNAH GA 31412-0756

18 PIONEER CREDIT
PO BOX 1086
STATESBORO GA 30459-1086

19 PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

20 PUBLISHERS CLEARING HOUSE
362 CHANEL DRIVE
PORT WASHINGTON NY 11050

21 QUANTUM3 GROUP LLC AS AGENT FOR
CP MEDICAL LLC
PO BOX 788
KIRKLAND WA 98083-0788

22 SANTANDER CONSUMER USA
8585 N STEMMONS FWY STE 1100N
DALLAS TX 75247

23 SANTANDER CONSUMER USA
ATTN BANKRUPTCY DEPT
P O BOX 560284
DALLAS TX 75356-0284

24 SOUTHERN FINANCE
41 EAST MAIN STREET
STATESBORO GA 30458-4892

25 SUNRISE CREDIT SERVICES INC
PO BOX 9100
FARMINGDALE NY 11735-9100

26 UNITED STATES ATTORNEY
PO BOX 8970
SAVANNAH GA 31412-8970

27 WESTERN SHAMROCK DBA WESTERN FINANCE
801 S ABE ST
SAN ANGELO TX 76903-6735

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*EXCLUDE*

| | | |
|---|---|---|
| 28 KIMBERLY S WARD<br>H LEHMAN FRANKLIN PC<br>P O BOX 1064<br>STATESBORO GA 30459-1064 | 29 WESTERN FINANCE<br>6 PROCTOR STREET<br>STATESBORO GA 30458-5313 | 30 WORLD FINANCE CORPORATION<br>609 BRANNEN STREET 7<br>STATESBORO GA 30458-2004 |